UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
William Galison,

          Plaintiff,

-against-

The State of New York., et al.,

          Defendants.
------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 8 2008
```

08 Civ. 2852 (PAC)(MHD)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

_____ Specific Non-Dispositive Motion/Dispute:*
_____

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____ Habeas Corpus

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Social Security

_____ Settlement*

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

_____ Inquest After Default/Damages Hearing

==================================================================

* Do not check if already referred for general pretrial

SO ORDERED

_/s/ Paul A. Crotty_
Paul A. Crotty
United States District Judge

DATED:  New York, New York
           March 28, 2008

Copy Mailed By Chambers To:

William Galison
210 Thompson Street
New York, NY 10012