```
UNITED STATES DISTRICT CURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
WILLIAM GALISON,
                                :
              Plaintiff,            REPORT & RECOMMENDATION
                                :
      -against-                     08 Civ. 2852 (PAC)(MHD)
                                :
THE STATE OF NEW YORK et al.,
                                :
              Defendants.
-------------------------------x
```

TO THE HONORABLE PAUL A. CROTTY, U.S.D.J.:

Pro se plaintiff William Galison has requested that his complaint in this case be withdrawn without prejudice. (June 1, 2008 letter to the Court from William Galison). Since it appears that he has not yet served the defendants and they have accordingly not responded to the complaint, he is entitled to that relief under Fed. R. Civ. P. 41(a).

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from this date to file written objections to this Report and Recommendation. Such objections shall be filed with the Clerk of the Court and served on all adversaries, with extra copies to be delivered to the chambers of the Honorable Paul A. Crotty, Room 735, and to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007. Failure to file timely objections may constitute a waiver of those objections both in the District Court and on later appeal to the United States

Court of Appeals. <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); <u>Thomas v. Arn</u>, 470 U.S. 140, 150-52 (1985); <u>Small v. Sec'y of Health & Human Servs.</u>, 892 F.2d 15, 16 (2d Cir. 1989).

Dated: New York, New York
       June 11, 2008

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Report and Recommendation has been mailed today to:

Mr. William Galison
210 Thompson Street
New York, New York 10012

2